UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA A. VERA,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>Defendant. | No.  1:20-cv-01489-ADA-BAM<br><br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS<br><br>(Doc. Nos. 18, 19, 21) |

Plaintiff Marina A. Vera seeks judicial review of a final decision of the Commissioner of Social Security denying her application for disability insurance benefits under Title II of the Social Security Act.

On August 11, 2022, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's appeal from the administrative decision of the Commissioner of Social Security be denied and the Clerk of this court be directed to enter judgment in favor of defendant Kilolo Kijakazi, Acting Commissioner of Social Security, and against plaintiff Marina A. Vera.  (Doc. No. 21.)  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 18-19.)  No objections have been filed, and the time in which to do so has passed.

///

///

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.    The findings and recommendations issued on August 11, 2022 (Doc. No. 21) are adopted in full;

2.    Plaintiff's appeal from the administrative decision of the Commissioner of Social Security is denied; and

3.    The Clerk of this court is directed to enter judgment in favor of defendant Kilolo Kijakazi, Acting Commissioner of Social Security, and against plaintiff Marina A. Vera.

IT IS SO ORDERED.

Dated:    August 31, 2022    

_____

UNITED STATES DISTRICT JUDGE